IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COMMONSPIRIT HEALTH, d/b/a CHI
St. Vincent                                                          PLAINTIFF

v.                              No. 4:25-cv-722-DPM

ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a Blue Cross and
Blue Shield of Virginia and DOES, 1–25,
Inclusive                                                           DEFENDANTS

v.

BLUE CROSS OF CALIFORNIA;
BLUECROSS BLUESHIELD OF
TENNESSEE, INC.;  and ANTHEM BLUE
CROSS LIFE AND HEALTH                                CONSOL
INSURANCE COMPANY                                   DEFENDANTS


COMMONSPIRIT HEALTH, d/b/a CHI
St. Vincent                                                          PLAINTIFF

v.                              No. 4:25-cv-998-DPM

BLUE CROSS AND BLUE SHIELD OF
ALABAMA and DOES, 1 through 25,
Inclusive                                                           DEFENDANTS

**COMMONSPIRIT HEALTH, d/b/a CHI**
**St. Vincent**                                                      **PLAINTIFF**

v.                              **No. 4:25-cv-1049-DPM**

**LOUISIANA HEALTH SERVICE AND**
**INDEMNITY COMPANY, d/b/a Blue**
**Cross Blue Shield of Louisiana and DOES,**
**1–25, Inclusive**                                          **DEFENDANTS**

## ORDER

**1.**  Joint motion for agreed order in No. 4:25-cv-1049-DPM, *Doc. 6*, granted as specified.  CommonSpirit's amended complaint correcting the misnomer is due by 17 October 2025.  Louisiana Health Service and Indemnity Company need not respond in any way to the original complaint;   all its potential defenses and rights are preserved.  The docket already correctly reflects the defendant's name as Louisiana Health Service and Indemnity company, d/b/a Blue Cross Blue Shield of Louisiana.  Louisiana Health's answer or Rule 12(b) motion is due by 7 November 2025.

**2.**  The Court consolidates cases No. 4:25-cv-998-DPM and No. 4:25-cv-1049-DPM (*CommonSpirit IV and V*) with the lead case No. 4:25-cv-722-DPM (*CommonSpirit I*).   These cases involve common questions of law and fact;   consolidation for pretrial matters makes good sense.  The Court directs the Clerk to move all pending motions in the new member cases to the lead case.  All future filings must be made under that docket number.

–2–

**3.** In *CommonSpirit I*, I noted that my family and I have health insurance with Arkansas Blue Cross Blue Shield. *Doc. 6*. No party objected to my staying on the case. Considering the two new consolidated cases, any response or motion to recuse based on this connection is due by 28 October 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*14 October 2025*