# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                            PLAINTIFF


v.                          No. 4:25-cv-722-DPM


ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a Blue Cross
and Blue Shield of Virginia and
DOES, 1–25, Inclusive                                    DEFENDANTS


COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                            PLAINTIFF


v.                          No. 4:25-cv-723-DPM


BLUE CROSS OF CALIFORNIA;
ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY;  and
DOES, 1–25                                               DEFENDANTS


COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                            PLAINTIFF


v.                          No. 4:25-cv-724-DPM


BLUECROSS BLUE SHIELD OF
TENNESSEE, INC., and DOES, 1–25,
Inclusive                                                DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                                PLAINTIFF

v.                                    No. 4:25-cv-998-DPM

BLUE CROSS AND BLUE SHIELD OF
ALABAMA and DOES, 1 through 25,
Inclusive                                                                      DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                                PLAINTIFF

v.                                    No. 4:25-cv-1013-DPM

HEALTH CARE SERVICE
CORPORATION, a Mutual Legal Reserve
Co., d/b/a Blue Cross and Blue Shield of
Illinois, d/b/a Blue Cross and Blue Shield
of Texas, d/b/a Blue Cross and Blue Shield
of Oklahoma and DOES, 1–25, Inclusive                                          DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                                                PLAINTIFF

v.                                    No. 4:25-cv-1049-DPM

LOUISIANA HEALTH SERVICE AND
INDEMNITY COMPANY, d/b/a Blue
Cross and Blue Shield of Louisiana and
DOES, 1–25, Inclusive                                                          DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a
CHI St. Vincent                                    PLAINTIFF

v.                    No. 4:25-cv-1153-DPM

BLUE CROSS BLUE SHEILD
HEALTHCARE PLAN OF GEORGIA,
INC., d/b/a Anthem Blue Cross and Blue
Shield and DOES, 1–25, Inclusive                   DEFENDANTS

## ORDER

Yesterday the Court held a productive status conference with counsel for all parties in this consolidated case. The Court appreciates counsels' statements and responses to the Court's many questions. Here is the plan for moving forward.

CommonSpirit must file its contract with Blue Cross Arkansas by 22 July 2026. To the extent there's any agreement or foundational document about the Blue Card program, the Blue Cross entities must file that by July 22nd, too. All these documents must be filed under seal. The documents are for attorney and party eyes only. The parties and counsel must not disclose them to any person not working on this case.

Here's the schedule:

- CommonSpirit's master amended complaint is due by 21 August 2026.

- The next round of Rule 12(b) motions is due by 2 October 2026.  To the extent practicable, the Blue Cross  must file one brief on common issues, and delegate the briefing to one party on specific issues.

- CommonSpirit's response is due by 2 November 2026.  Any replies are due by 16 November 2026.

- The parties must propose a Protective Order by 2 October 2026.  Please follow the procedure outlined in the Final Scheduling Order, *Doc. 68 at 4–5*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 July 2026